```
JDJ/mh
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
TRACY REIN,                                    ECF CASE

                                               NOTICE OF REMOVAL
                          Plaintiff,
     -against-                                 Supreme Court,
                                               New York County

CAB EAST LLC., FORD MOTOR CREDIT               Index No.:
COMPANY LLC., and BRIAN K. DAHMS,              102704/08

                          Defendant.           08-CV-02899
                                               Judge Crotty
------------------------------------------X
```

S I R S :

    PLEASE TAKE NOTICE, that the within is a true copy of a Notice of Removal filed in the above named Court.

    1.   This action is being removed from Supreme Court, New York County to the United States District Court for the Southern District of New York.

    2.   The basis for removal is 28 U.S.C. §1441(b).

    3.   The Court has original jurisdiction pursuant to 28 U.S.C. §1332(a) in that the plaintiff, TRACY REIN, resides at 201 West 70th Street, New York, New York and is a citizen of New York; and defendant CAB EAST LLC, is a resident and citizen of, Atlanta, Georgia 30348, and defendant FORD MOTOR CREDIT COMPANY LLC, is a resident and citizen of Dearborn Michigan, 1 The American Road, , and defendant BRIAN DAHMS, resides at 1599 Holly Boulevard, Wall, New Jersey 08736 and is a citizen of New Jersey; and the matter in

controversy exceeds the sum or value of $100,000.00 exclusive of interest and costs.

Dated:   New York, New York
         March 19, 2008

                                      DOWNING & PECK, P.C.

                            BY:      /s/
                                JOHN M. DOWNING, JR. - 2518
                                Attorneys for Defendant
                                5 Hanover Square - 20th Floor
                                New York, New York 10007
                                212-514-9190
                                File #: 3.1167

Edward W. Armstong, P.C.
Attorney for Plaintiff
233 Broadway - Suite 207
New York, New York 10279
212-964-3544

Case 1:08-cv-02899-PAC   Document 1   Filed 03/19/2008   Page 3 of 3