JDJ/mh
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
TRACY REIN,                                               **RULE 7.1 STATEMENT**

                  Plaintiff,                  **ECF CASE**

   -against-

                                                                08-CV-02899

CAB EAST LLC., FORD MOTOR CREDIT                          **Judge Crotty**
COMPANY LLC., and BRIAN K. DAHMS,

                  Defendant.
-----------------------------------------X

     Pursuant to Rule 7.1 FRCP, defendants, CAB EAST LLC., FORD MOTOR CREDIT COMPANY LLC., and BRIAN K. DAHMS, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

     The defendant CAB EAST LLC., has no parent or subsidiary companies.

     FORD MOTOR CREDIT COMPANY LLC., is an indirect wholly owned subsidiary of FORD MOTOR COMPANY.

Dated:   New York, New York
          March 19, 2008

                                           DOWNING & PECK, P.C.


                                  BY:        /s/
                                         JOHN M. DOWNING, JR. - 2518