JDJ/mh
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
TRACY REIN,                                          **AFFIDAVIT OF SERVICE**

                            Plaintiff,

        -against-
                                                     **08-CV-02899**


CAB EAST LLC., FORD MOTOR CREDIT
COMPANY LLC., and BRIAN K. DAHMS,

                            Defendant.
----------------------------------------X


STATE OF NEW YORK   )
COUNTY OF NEW YORK  ) ss.:

MEGHAN HOOD, being duly sworn, deposes and says:  I am not a party
of this action, I am over 18 years of age, and I reside in Staten
Island, New York.

That on March 20, 2008, deponent personally served a copy of the
**NOTICE OF REMOVAL** upon:

EDWARD W. ARMSTRONG, P.C.      Attention: Clerk of the Court
Attorney for Plaintiff         SUPREME COURT, NEW YORK COUNTY
233 Broadway - Suite 207       60 Centre Street
New York, New York 10111       New York, New York 10007


by depositing a true copy of same in a post-paid properly addressed
wrapper, in an official depository under the exclusive care and
custody of the United States Postal Service within the State of New
York.

                                    _____/s/_____
                                    MEGHAN HOOD

STATE OF NEW YORK   )
COUNTY OF NEW YORK  ) ss.:


On the 20th day of March in the year 2008 before me, the
undersigned, a Notary Public in and for said State, personally
appeared MEGHAN HOOD, personally known to me or proved to me on the
basis of satisfactory evidence to be the individual whose name is
subscribed to the within instrument and acknowledged to me that
he/she executed the same in his/her capacity, and that by his/her
signature on the instrument, the individual, or the person upon
behalf of which the individual acted, executed the instrument.

                                    _____/s/_____
                                    Notary Public