UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   Civil Action No.: 08 CIV 02899
TRACY REIN,                                                            (PAC) (RLE)

           Plaintiff,

    -against-                                                       **NOTICE OF APPEARANCE**

CAB EAST LLC., FORD MOTOR CREDIT
COMPANY LLC., and BRIAN K. DAHMS,

           Defendants.
------------------------------------------------------------------X

    **PLEASE TAKE NOTICE,** that the plaintiff TRACY REIN hereby appears in the above entitled action, and that the undersigned has been retained as Attorneys for said plaintiff TRACY REIN and demands that a copy of the Answer, all pleadings and all other papers in this action be served upon the undersigned at the office and post office address stated below.

**DATED:**   New York, New York
           March 27, 2008

                                           Yours, etc.,

                                           **EDWARD W. ARMSTRONG (EA9374)**
                                           **EDWARD W. ARMSTRONG, P.C.**
                                           Attorneys for Plaintiff
                                           233 Broadway, Suite 707
                                           New York, New York 10279
                                           Tel. No.: (212) 964-3544

**TO:**   DOWNING & PECK, P.C.
        Attorneys for Defendants
        5 Hanover Square, 20th Floor
        New York, New York 10004
        Tel. No.: (212) 514-9190