JDJ/mh
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

TRACY REIN,                                         **VERIFIED ANSWER**

                         Plaintiff,                 **ECF CASE**

     -against-
                                                    **08-CV-02899**

CAB EAST LLC., FORD MOTOR CREDIT                    **Defendants demand**
COMPANY LLC., and BRIAN K. DAHMS,                  **a trial by jury**


                         Defendant.
----------------------------------------X

     Defendants, CAB EAST LLC., FORD MOTOR CREDIT COMPANY LLC., and

BRIAN K. DAHMS, by their attorneys, DOWNING & PECK, P.C., answering

the verified complaint herein, respectfully sets forth and alleges

as follows:

### AS AN FOR A FIRST CAUSE OF ACTION

1.   Denies knowledge and information sufficient to form a belief
     as to each and every allegation contained in paragraphs 1, 34,
     35, and 37 of said complaint.

2.   Denies knowledge and information sufficient to form a belief
     as to each and every allegation contained in paragraphs 2, 3,
     4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15,16, 17, 19, 21, 22,
     23, 24, 25, 26, 27, 28, 29, 31, 32, 33, and 41 of said
     complaint, and refers all questions of law to the Court.

3.   Admits each and every allegation contained in paragraphs 18
     and 36 of said complaint.

4.   Admits each and every allegation contained in paragraph 20 of

said complaint except denies knowledge and information as to ownership of the vehicle and refers question of law to this honorable court.

5.    Denies each and every allegation contained in paragraphs 30, 38, 39 40, and 42 of said complaint.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

6.    Plaintiff has not sustained a serious injury as defined by the New York State Insurance Law and, therefore, is barred from recovery herein.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

7.    The plaintiff's damages must be reduced in accordance with the comparative negligence of plaintiff.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

8.    Plaintiff's damages, if any, must be reduced in accordance with her failure to mitigate damages.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

9.    The plaintiffs' damages, if any, must be reduced in accordance with her failure to name a necessary party.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

10.    The Court lacks personal jurisdiction over the defendants.

Dated:    New York, New York
          March 28, 2008          DOWNING & PECK, P.C.


                                  BY:    _____/s/_____
                                         JOHN M. DOWNING, JR. - 2518
                                         Attorneys for Defendant
                                         5 Hanover Square - 20th Floor
                                         New York, New York 10007
                                         212-514-9190
                                         File #: 3.1167

Edward W. Armstong, P.C.
Attorney for Plaintiff
233 Broadway - Suite 207

New York, New York 10279
212-964-3544