UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
TRACY REIN,                                            **AFFIDAVIT OF SERVICE**

                     Plaintiff,

   -against-
                                              08-CV-02899

CAB EAST LLC., FORD MOTOR CREDIT
COMPANY LLC., and BRIAN K. DAHMS,

                     Defendant.
-----------------------------------------X

STATE OF NEW YORK   )

COUNTY OF NEW YORK  ) ss.:

**MEGHAN HOOD**, being duly sworn, deposes and says:  I am not a party of this action, I am over 18 years of age, and I reside in Staten Island, New York.

That on March 28, 2008, I served the within **VERIFIED ANSWER** by mailing a copy to each of the following persons at the last known address set forth after each name below:

To:   Edward W. Armstong, P.C.
      Attorney for Plaintiff
      233 Broadway - Suite 207
      New York, New York 10279

                                                /S/
                                              MEGHAN HOOD

STATE OF NEW YORK   )

COUNTY OF NEW YORK  ) ss.:

    On the 28th day of March in the year 2008 before me, the undersigned, a Notary Public in and for said State, personally appeared **Meghan Hood**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

                                                  /S/
                                                NOTARY PUBLIC