ADM/mh
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
TRACY REIN,                                              **NOTICE OF**
                                                         **APPEARANCE**
                    Plaintiff,
     -against-
                                                         08-CV-02899

CAB EAST LLC., FORD MOTOR CREDIT
COMPANY LLC., and BRIAN K. DAHMS,

                    Defendant.
------------------------------------X

S I R S :

   PLEASE TAKE NOTICE, that the defendants CAB EAST LLC., FORD MOTOR CREDIT COMPANY LLC., and BRIAN K. DAHMS hereby appear(s) in the above entitled action, and that the undersigned have been retained as attorneys for said defendants and demand that a copy of the Complaint and all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated:    New York, New York
          April 18, 2008

                                        DOWNING & PECK, P.C.

                              BY:       _____/s/_____
                                        ALISON D. METZLER - 3193
                                        Attorneys for Defendants
                                        5 Hanover Square - 20th Floor
                                        New York, New York 10007
                                        212-514-9190
                                        File #: 3.1167

Edward W. Armstong, P.C.
Attorney for Plaintiff
233 Broadway - Suite 207
New York, New York 10279