UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRACY REIN,

                    Plaintiff,

vs.

CAB EAST LLC, FORD MOTOR CREDIT
COMPANY, LLC and BRIAN K. DAHMS,

                    Defendants.

**STIPULATION TO SUBSTITUTION OF COUNSEL**

08-CV-02899

It is hereby stipulated and agreed, by and between the undersigned, that the firm of Phillips Lytle LLP be substituted as attorney of record for Ford Motor Credit Company, LLC and Cab East, LLC, in place and instead of Downing & Peck, P.C. in the above-entitled action.

Dated: July 18, 2008

| | |
|---|---|
| /s/ John M. Downing, Jr. | /s/ Craig A. Leslie |
| John M. Downing, Jr., Esq. | Paul Morrison-Taylor, Esq. |
| Downing & Peck, P.C. | Craig A. Leslie, Esq. |
| 5 Hanover Square | Phillips Lytle LLP |
| 20th Floor | 3400 HSBC Center |
| New York, New York 10007 | Buffalo, New York 14203 |
| (212) 514-9190 | (716) 847-8400 |
| downingjr@aol.com | cleslie@plllp.com |
| | |
| Outgoing Counsel for | Incoming Counsel for |
| Ford Motor Credit Company, LLC | Ford Motor Credit Company, LLC |
| and Cab East, LLC | and Cab East, LLC |

/s/ Lawrence Finn
Lawrence Finn
On Behalf of Ford Motor Credit Company, LLC
and Cab East, LLC
Legal Office
The American Road
P.O. Box 6044
Dearborn, MI 48121-6044
lfinn1@ford.com

Doc # 01-2230581.1