UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

TRACY REIN,

                         Plaintiff,

     vs.

                                        08-CV-02899

CAB EAST LLC, FORD MOTOR CREDIT
COMPANY, LLC and BRIAN K. DAHMS,

                         Defendants.
_____

## **CERTIFICATE OF SERVICE**

        I hereby certify that on July 30, 2008, I electronically filed the foregoing:
Stipulation to Substitution of Counsel, with the Clerk of the District Court using its CM/ECF
system which would then electronically notify the following CM/ECF participant on this case:

     John M. Downing, Jr., Esq.
     Downing & Peck, P.C.
     5 Hanover Square
     20th Floor
     New York, New York  10007
     (212) 514-9190
     downingjr@aol.com

     Edward W. Armstrong, Esq.
     233 Broadway, Suite 707
     New York, NY 10279
     (212)-964-3544
     ewarmstrong@aol.com

                        FORD MOTOR CREDIT COMPANY, LLC
                        and CAB EAST LLC

                        By: /s/ Craig A. Leslie
                        Craig A. Leslie
                        PHILLIPS LYTLE LLP
                        Suite 3400
                        One HSBC Center
                        Buffalo, New York 14203-2887
                        Telephone No.: (716) 847-8400
                        cleslie@plllp.com