UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

TRACY REIN,

                          Plaintiff,          **NOTICE OF APPEARANCE**

vs.

                                                                                       08-CV-02899

CAB EAST LLC, FORD MOTOR CREDIT
COMPANY, LLC and BRIAN K. DAHMS,

                          Defendants.
_____

        PLEASE TAKE NOTICE that Craig A. Leslie, Esq. of Phillips Lytle LLP will be appearing for defendants Cab East LLC and Ford Motor Credit Company, LLC.

Dated: Buffalo, New York
         July 30, 2008

                                            FORD MOTOR CREDIT COMPANY, LLC
                                            and CAB EAST LLC

                                            By: /s/ Craig A. Leslie
                                            Craig A. Leslie
                                            PHILLIPS LYTLE LLP
                                            Suite 3400
                                            One HSBC Center
                                            Buffalo, New York 14203-2887
                                            Telephone No.: (716) 847-8400
                                            cleslie@plllp.com

TO:    John M. Downing, Jr., Esq.
          Downing & Peck, P.C.
          Attorneys for Brian K. Dahms
          5 Hanover Square
          20th Floor
          New York, New York 10007
          (212) 514-9190
          downingjr@aol.com

          Edward W. Armstrong, Esq.
          Attorneys for Plaintiff
          233 Broadway, Suite 707
          New York, NY 10279
          (212)-964-3544
          ewarmstrong@aol.com

Doc # 01-2234231.1